UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-mc-00138-MWC-PD             Date: January 7, 2026

Title      *McConnell v. Lion Real Estate Group LLC, d/b/a Collier Ridge*

Present: The Honorable:    Patricia Donahue, U.S. Magistrate Judge

|  Isabel Verduzco   |   N/A   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why Motion Should Not Be Dismissed for Lack of Jurisdiction**

   Before the Court is the motion filed by Movant Thomas Keon McConnell on December 23, 2025, pursuant to Rule 45(d)(2)(B)(ii) of the Federal Rules of Civil Procedure for an order compelling Respondent Lion Real Estate Group LLC, doing business as Collier Ridge ("Respondent") to comply with a subpoena for documents and a deposition subpoena.  Dkt. No. 1.  The document subpoena calls for the production to Movant's counsel via email or by placing them on a physical drive and mailing them to counsel's office in Flushing, New York.  Dkt. No. 1-3 at 3, 9-10.  The deposition is to take place via Zoom.  Dkt. No. 1-3 at 15.

   The subpoenas were issued by the United States District Court, Northern District of Georgia, in *McConnell v. Equifax Information Services*, LLC, et al., Case No. 1:25-cv-01177-LMM-CMS.  *See* Dkt. No. 1-3 at 3, 15.  The subpoenas were served on Respondent in Sacramento, California.  Dkt. No. 1-2 at 1, 2.  Sacramento is not in this district; it is located in the Eastern District of California.

   Rule 45 states in pertinent part that "[a]t any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-mc-00138-MWC-PD                        Date: January 7, 2026

Title       *McConnell v. Lion Real Estate Group LLC, d/b/a Collier Ridge*

inspection." Fed. R. Civ. P. 45(d)(2)(B)(i).  Movant has not shown that compliance with these subpoenas is required in this district.  The subpoenas were served in the Eastern District of California, and Movant provides no evidence that compliance with either subpoena is required in the Central District of California.  Accordingly, it appears that this Court lacks jurisdiction to consider this motion.

Under Rule 45(f), a court for the district where compliance is required has discretion to transfer subpoena-related motions to the issuing court.  See Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances.").  However, as compliance is not required in this district, it appears that this Court does not have authority under Rule 45 to transfer the motion.

Movant is ordered to show cause by **January 15, 2026**, why the motion should not be dismissed for lack of jurisdiction.

IT IS SO ORDERED.